# Exhibit 2

Charted Claims:

Method Claim: 1

| US10372223 | Leap Motion Controller 2 ("Accused Product") |
|---|---|
| 1. A method for providing user commands to an electronic processor, wherein a first user command corresponds to a pressure of a first predetermined button of a "mouse" and a second user command corresponds to a release of said first predetermined button, the method comprising the following steps in sequence: | The accused product practices a method for providing user commands to an electronic processor (e.g., processor in communication with the accused product), wherein a first user command (e.g., to select/draw i.e., pinching of thumb and index finger) corresponds to a pressure of a first predetermined button of a "mouse", and a second user command (e.g., to deselect i.e., released/apart state of thumb and index finger) corresponds to a release of said first predetermined button.<br><br>As shown below, the accused product practices providing user commands to its electronic processor by interpreting the hand gestures of the user. The pinching of the thumb and index finger corresponds to the pressing of a first predetermined "mouse" button thereby issuing a first user command (e.g., to select/draw i.e., pinching of thumb and index finger) and the release of the thumb and index finger corresponds to the release of the "mouse" button being held, thereby issuing a second user command (e.g., to deselect i.e., release/apart state of thumb and index finger) and completing the selection/drawing action. |



**ultraleap**   Products   Downloads                                    Co

# Leap Motion Controller 2

### An accessible computer vision camera

By tracking hands, the Leap Motion Controller 2 camera enables touchless 3D interaction, making it possible to use hand tracking to control your computer instead of a keyboard or mouse, retrofit a touchscreen or holographic display, or upgrade the hand experience on most XR headsets. Alternatively it can be used for a number of CV applications, such as depth sensing or 3D scanning.

https://www.ultraleap.com/products/

## Technical Specifications

- Power supply requirement: 5VDC via USB, 500 mA
- Data connection: USB 3.0 via USB type C connector
- Tracking range and field of view: Depth between 10 cm (4") to 110 cm (43"); 160° x 160° field of view
- Camera framerate: 115 fps maximum
- Operating wavelength: 850 nm
- Construction: Aluminium and scratch-resistant glass
- Operating temperature: 0°C to 40°C (32°F to 104°F)
- Storage temperature: -30°C to 60°C (-22°F to 140°)
- Compliance: CE, FCC, UKCA, CCC, KC, PSE, RCM A-NZ, RoHS, REACH
- Compatible operating systems: Windows, macOS, and Android XR2
- Dimensions: 84 mm x 20 mm x 12 mm Weight: 29 g

## System Requirements

- Windows® 10+
- 64-bit, Intel® i7 processor**
- 5th Gen (supports AVX instructions) macOS version 11.0+
- Supported processors: Intel® i7 processor, Apple m1, m2.

https://www.ultraleap.com/products/

Our computer vision and machine learning expertise have enabled us to achieve world class hand tracking – providing accurate and reliable gestural control for user interfaces, whilst our groundbreaking haptic technology uses ultrasound waves to create tactile sensations in mid-air, complementing our hand tracking perfectly.

https://www.ultraleap.com/tracking/

Ultraleap's hand tracking technology is the world's fastest and most accurate.

The hardware itself is relatively simple. The magic is in our tracking software and game engine plugins, which combine to give users a seamless, intuitive, immersive experience.

## How it works

### Hardware

Ultraleap Hand Tracking Cameras have two infrared cameras and multiple LEDs. The LEDs illuminate your hands with infrared light invisible to the human eye. Image sensors send the data back to the computer via USB to track your hands.

The light and cameras both operate within a narrow range of the near–infrared spectrum, so they are robust in a range of environments and lighting conditions.

https://docs.ultraleap.com/hand-tracking/

# Ultraleap Hand Tracking Cameras

Choose either the Leap Motion Controller or the Stereo IR 170 Camera Module. The Leap Motion Controller captures the movements of your hands with unparalleled accuracy and near–zero latency. Our high–performance Stereo IR 170 (formerly known as Rigel) has a wider field of view, longer tracking range, and slimmer form factor than the Leap Motion Controller.



Ultraleap Leap Motion Controller          Ultraleap Stereo IR 170 Camera Module

https://docs.ultraleap.com/hand-tracking/getting-started.html

# Ultraleap in Unity

You can use Ultraleap hand tracking in Unity either through OpenXR or through Ultraleap's plugin directly.

The Ultraleap plugin provides additional features to help you in creating your hand tracked applications.

Now Introducing **Physical Hands**. A whole new way to interact with the virtual world.

Get started!



https://docs.ultraleap.com/xr-and-tabletop/xr/unity/index.html

# Ultraleap Plugin Features

The Ultraleap Unity Plugin comes with a collection of features to help you to get started with hand tracking in your application.

Browse the plugin features below to see what is available off the shelf, or head to the Further Guidance section for a deeper dive into the possibilities of Ultraleap hand tracking.

**Want to skip straight to some code?**

Our scripting fundamentals for Ultraleap Hand Tracking will help you to understand how to get hand tracking data and start to use it for you own customised use case.

https://docs.ultraleap.com/xr-and-tabletop/xr/unity/plugin/index.html

# Pinch And Grab Detection

This guide is to teach you how to set up your own custom pinch and grab interactions. If you only wish to use these for picking up objects and interacting with UI, we provide prebuilt methods and recommend you check out the built in options below.

https://docs.ultraleap.com/xr-and-tabletop/xr/unity/plugin/features/pinch-and-grab-

detection.html

## Setting up Custom Pinch and Grabs

The Ultraleap Plugin provides utilities to easily detect whether the user is pinching or grabbing. These are features that you can easily add to your scene and capture the events from anywhere in your code.

This tutorial will require some C# coding and we assume that you have read through and understand the Scripting Fundamentals and that you have all elements mentioned in the Direct 3D Object Interactions tutorial in your scene.

We recommend that you use our built in tools for pinch and grab rather than using the pose detection as we have fine tuned them to create the best experience for your users.
https://docs.ultraleap.com/xr-and-tabletop/xr/unity/plugin/features/pinch-and-grab-detection.html

At this point, you can also access other data about the pinch from the `Hands` including:

```
float _pinchStrength = _hand.PinchStrength;
float _pinchDistance = _hand.PinchDistance;
Vector3 _pinchPosition = _hand.GetPinchPosition();
Vector3 _predictedPinchPosition = _hand.GetPredictedPinchPosition();
```

3. Using the pinch strength, you can determine your own pinch thresholds meaning you can choose the sensitivity. We will use 0.8 for this example

*Pinch strength is a floating value between 0 and 1. 0 being open hand, 1 being full pinch. It is unlikely that you will ever get the values 1 and 0. So setting values such as 0.8 is a good threshold.*

https://docs.ultraleap.com/xr-and-tabletop/xr/unity/plugin/features/pinch-and-grab-detection.html



**Ultraleap Unity Plugin | Pinch to Paint Example Scene**
https://www.youtube.com/watch?v=K2xX_BzLT_0



**Ultraleap Unity Plugin | Pinch to Paint Example Scene**
https://www.youtube.com/watch?v=K2xX_BzLT_0

| A) identifying a hand of said person with an image detection device in communication with the electronic processor, wherein the image detection | The accused product practices identifying a hand of said person with an image detection device (e.g., camera of the accused product) in communication with the electronic processor (e.g., processor in communication with the accused product), wherein the image detection device (e.g., camera of the accused product) is configured to detect a sequence of images of said hand (e.g., images of hand gestures of the user) using the electronic processor (e.g., processor in communication with the accused product).<br><br>As shown below, the accused product uses two infrared cameras to capture sequence of |

| device is configured to detect a sequence of images of said hand using the electronic processor, | images of the hand gestures of the user and the processor in communication with the accused product analyses the said sequence of images (e.g., images of hand gestures of the user) to identify the hand of the user. |
|---|---|
| | ## Technical Specifications<br><br>- Power supply requirement: 5VDC via USB, 500 mA<br>- Data connection: USB 3.0 via USB type C connector<br>- Tracking range and field of view: Depth between 10 cm (4") to 110 cm (43"); 160° x 160° field of view<br>- Camera framerate: 115 fps maximum<br>- Operating wavelength: 850 nm<br>- Construction: Aluminium and scratch-resistant glass<br>- Operating temperature: 0°C to 40°C (32°F to 104°F)<br>- Storage temperature: -30°C to 60°C (-22°F to 140°F)<br>- Compliance: CE, FCC, UKCA, CCC, KC, PSE, RCM A-NZ, RoHS, REACH<br>- Compatible operating systems: Windows, macOS, and Android XR2<br>- Dimensions: 84 mm x 20 mm x 12 mm Weight: 29 g<br><br>## System Requirements<br><br>- Windows® 10+<br>- 64-bit, Intel® i7 processor**<br>- 5th Gen (supports AVX instructions) macOS version 11.0+<br>- Supported processors: Intel® i7 processor, Apple m1, m2.<br><br>https://www.ultraleap.com/products/<br><br>Our computer vision and machine learning expertise have enabled us to achieve world class hand tracking – providing accurate and reliable gestural control for user interfaces, whilst our groundbreaking haptic technology uses ultrasound waves to create tactile sensations in mid-air, complementing our hand tracking perfectly.<br><br>https://www.ultraleap.com/tracking/ |

Ultraleap's hand tracking technology is the world's fastest and most accurate.

The hardware itself is relatively simple. The magic is in our tracking software and game engine plugins, which combine to give users a seamless, intuitive, immersive experience.

## How it works

### Hardware

Ultraleap Hand Tracking Cameras have two infrared cameras and multiple LEDs. The LEDs illuminate your hands with infrared light invisible to the human eye. Image sensors send the data back to the computer via USB to track your hands.

The light and cameras both operate within a narrow range of the near–infrared spectrum, so they are robust in a range of environments and lighting conditions.

https://docs.ultraleap.com/hand-tracking/

## Ultraleap Hand Tracking Cameras

Choose either the Leap Motion Controller or the Stereo IR 170 Camera Module. The Leap Motion Controller captures the movements of your hands with unparalleled accuracy and near–zero latency. Our high–performance Stereo IR 170 (formerly known as Rigel) has a wider field of view, longer tracking range, and slimmer form factor than the Leap Motion Controller.



Ultraleap Leap Motion Controller          Ultraleap Stereo IR 170 Camera Module

https://docs.ultraleap.com/hand-tracking/getting-started.html

| B) detecting movement of said hand corresponding to pinching of a pad of a thumb of said hand and of a pad of a first predetermined other | The accused product practices detecting movement of said hand corresponding to pinching of a pad of a thumb of said hand and of a pad of a first predetermined other finger (e.g., pinching of thumb and index finger) of said hand from said sequence of images (e.g., images of hand gestures of the user), said detection including identifying and tracking the thumb and the first predetermined other finger (e.g., thumb and index finger), said detection of the pinching movement further including identifying a tracked distance between the pad of the thumb and the pad of the first predetermined other |

| finger of said hand from said sequence of images, said detection including identifying and tracking the thumb and the first predetermined other finger, said detection of the pinching movement further including identifying a tracked distance between the pad of the thumb and the pad of the first predetermined other finger at subsequent instants; | finger (e.g., distance between the thumb and index finger) at subsequent instants.<br><br>As shown below, the accused product uses two infrared cameras to capture sequence of images of the hand gestures of the user and the processor of the accused product analyses the said sequence of images to identify the hand of the user. While detecting, the processor in communication with the accused product tracks the distance between the pad of the thumb and the pad of the first predetermined other finger (e.g., distance between the thumb and index finger), once the value representing the distance becomes greater than or equal to a predetermined threshold i.e. 0.8 in this case, pinched state is detected, and a first user command (e.g., to select/draw i.e., pinching of thumb and index finger) is issued.<br><br>Our computer vision and machine learning expertise have enabled us to achieve world class hand tracking – providing accurate and reliable gestural control for user interfaces, whilst our groundbreaking haptic technology uses ultrasound waves to create tactile sensations in mid-air, complementing our hand tracking perfectly.<br><br>https://www.ultraleap.com/tracking/ |

Ultraleap's hand tracking technology is the world's fastest and most accurate.

The hardware itself is relatively simple. The magic is in our tracking software and game engine plugins, which combine to give users a seamless, intuitive, immersive experience.

## How it works

### Hardware

Ultraleap Hand Tracking Cameras have two infrared cameras and multiple LEDs. The LEDs illuminate your hands with infrared light invisible to the human eye. Image sensors send the data back to the computer via USB to track your hands.

The light and cameras both operate within a narrow range of the near–infrared spectrum, so they are robust in a range of environments and lighting conditions.

https://docs.ultraleap.com/hand-tracking/

## Ultraleap Hand Tracking Cameras

Choose either the Leap Motion Controller or the Stereo IR 170 Camera Module. The Leap Motion Controller captures the movements of your hands with unparalleled accuracy and near–zero latency. Our high–performance Stereo IR 170 (formerly known as Rigel) has a wider field of view, longer tracking range, and slimmer form factor than the Leap Motion Controller.



Ultraleap Leap Motion Controller          Ultraleap Stereo IR 170 Camera Module

https://docs.ultraleap.com/hand-tracking/getting-started.html

At this point, you can also access other data about the pinch from the `Hands` including:

```
float _pinchStrength = _hand.PinchStrength;
float _pinchDistance = _hand.PinchDistance;
Vector3 _pinchPosition = _hand.GetPinchPosition();
Vector3 _predictedPinchPosition = _hand.GetPredictedPinchPosition();
```

3. Using the pinch strength, you can determine your own pinch thresholds meaning you can choose the sensitivity. We will use 0.8 for this example

*Pinch strength is a floating value between 0 and 1. 0 being open hand, 1 being full pinch. It is unlikely that you will ever get the values 1 and 0. So setting values such as 0.8 is a good threshold.*

https://docs.ultraleap.com/xr-and-tabletop/xr/unity/plugin/features/pinch-and-grab-detection.html



**Ultraleap Unity Plugin | Pinch to Paint Example Scene**
https://www.youtube.com/watch?v=K2xX_BzLT_0

```
private void Update()
{
    Hand _hand = Hands.Provider.GetHand(Chirality.Left); //Get just the left hand.

    float _pinchStrength = _hand.PinchStrength;

    bool _isPinching = false;

    if(_pinchStrength > 0.8 && !_isPinching) //We check _isPinching so this code isn't called if we a
    {
        _isPinching = true; // grab strength is over 0.8 threshold so it is true
    }
    else if(_pinchStrength < 0.7 && _isPinching) //We check _isPinching so this code isn't called if
    {
        _isPinching = false; // pinch strength is less than 0.7 so no chance of jittering grab.
    }
}
```
https://docs.ultraleap.com/xr-and-tabletop/xr/unity/plugin/features/pinch-and-grab-detection.html



**Ultraleap Unity Plugin | Pinch to Paint Example Scene**
https://www.youtube.com/watch?v=K2xX_BzLT_0

| C) generating said first user command and sending said first command to said electronic processor, | The accused product practices generating said first user command (e.g., to select/draw i.e., pinching of thumb and index finger) and sending said first command (e.g., to select/ draw i.e., pinching of thumb and index finger) to said electronic processor (e.g., processor in communication with the accused product). |
|---|---|

## Technical Specifications

- Power supply requirement: 5VDC via USB, 500 mA
- Data connection: USB 3.0 via USB type C connector
- Tracking range and field of view: Depth between 10 cm (4") to 110 cm (43"); 160° x 160° field of view
- Camera framerate: 115 fps maximum
- Operating wavelength: 850 nm
- Construction: Aluminium and scratch-resistant glass
- Operating temperature: 0°C to 40°C (32°F to 104°F)
- Storage temperature: -30°C to 60°C (-22°F to 140°)
- Compliance: CE, FCC, UKCA, CCC, KC, PSE, RCM A-NZ, RoHS, REACH
- Compatible operating systems: Windows, macOS, and Android XR2
- Dimensions: 84 mm x 20 mm x 12 mm Weight: 29 g

https://www.ultraleap.com/products/

## System Requirements

- Windows® 10+
- 64-bit, Intel® i7 processor**
- 5th Gen (supports AVX instructions) macOS version 11.0+
- Supported processors: Intel® i7 processor, Apple m1, m2.

Our computer vision and machine learning expertise have enabled us to achieve world class hand tracking – providing accurate and reliable gestural control for user interfaces, whilst our groundbreaking haptic technology uses ultrasound waves to create tactile sensations in mid-air, complementing our hand tracking perfectly.

https://www.ultraleap.com/tracking/

Ultraleap's hand tracking technology is the world's fastest and most accurate.

The hardware itself is relatively simple. The magic is in our tracking software and game engine plugins, which combine to give users a seamless, intuitive, immersive experience.

## How it works

### Hardware

Ultraleap Hand Tracking Cameras have two infrared cameras and multiple LEDs. The LEDs illuminate your hands with infrared light invisible to the human eye. Image sensors send the data back to the computer via USB to track your hands.

The light and cameras both operate within a narrow range of the near–infrared spectrum, so they are robust in a range of environments and lighting conditions.

https://docs.ultraleap.com/hand-tracking/



**Ultraleap Unity Plugin | Pinch to Paint Example Scene**
https://www.youtube.com/watch?v=K2xX_BzLT_0

| | |
|---|---|
| D) detecting movement of said hand corresponding to spreading of the pad of the thumb of said hand and of the pad of said first predetermined other finger of said hand | The accused product practices detecting movement of said hand corresponding to spreading of the pad of the thumb of said hand and of the pad of said first predetermined other finger (e.g., release of thumb and index finger) of said hand from said sequence of images (e.g., images of hand gestures of the user),, said detection of the spreading movement including identifying a tracked distance between the pad of the thumb and the pad of the first predetermined other finger (e.g., distance between the thumb and index finger) at subsequent instants.

As shown below, the accused product uses two infrared cameras to capture sequence of |

| | |
|---|---|
| from said sequence of images, said detection of the spreading movement including identifying a tracked distance between the pad of the thumb and the pad of the first predetermined other finger at subsequent instants, and | images of the hand gestures of the user and the processor of the accused product analyses the said sequence of images to identify the hand of the user. While detecting, the processor in communication with the accused product tracks the distance between the pad of the thumb and the pad of the first predetermined other finger (e.g., distance between the thumb and index finger), once the value representing the distance becomes less than a predetermined threshold, i.e., 0.8 in this case apart/release/spread state is detected, and a second user command (e.g., to deselect i.e., released/apart state of thumb and index finger) is issued.<br><br>Our computer vision and machine learning expertise have enabled us to achieve world class hand tracking – providing accurate and reliable gestural control for user interfaces, whilst our groundbreaking haptic technology uses ultrasound waves to create tactile sensations in mid-air, complementing our hand tracking perfectly.<br><br>https://www.ultraleap.com/tracking/ |

Ultraleap's hand tracking technology is the world's fastest and most accurate.

The hardware itself is relatively simple. The magic is in our tracking software and game engine plugins, which combine to give users a seamless, intuitive, immersive experience.

## How it works

### Hardware

Ultraleap Hand Tracking Cameras have two infrared cameras and multiple LEDs. The LEDs illuminate your hands with infrared light invisible to the human eye. Image sensors send the data back to the computer via USB to track your hands.

The light and cameras both operate within a narrow range of the near–infrared spectrum, so they are robust in a range of environments and lighting conditions.

https://docs.ultraleap.com/hand-tracking/

# Ultraleap Hand Tracking Cameras

Choose either the Leap Motion Controller or the Stereo IR 170 Camera Module. The Leap Motion Controller captures the movements of your hands with unparalleled accuracy and near–zero latency. Our high–performance Stereo IR 170 (formerly known as Rigel) has a wider field of view, longer tracking range, and slimmer form factor than the Leap Motion Controller.



Ultraleap Leap Motion Controller          Ultraleap Stereo IR 170 Camera Module

https://docs.ultraleap.com/hand-tracking/getting-started.html

At this point, you can also access other data about the pinch from the `Hands` including:

```
float  pinchStrength =  hand.PinchStrength;
float  pinchDistance =  hand.PinchDistance;
Vector3 _pinchPosition = _hand.GetPinchPosition();
Vector3 _predictedPinchPosition = _hand.GetPredictedPinchPosition();
```

3. Using the pinch strength, you can determine your own pinch thresholds meaning you can choose the sensitivity. We will use 0.8 for this example

*Pinch strength is a floating value between 0 and 1. 0 being open hand, 1 being full pinch. It is unlikely that you will ever get the values 1 and 0. So setting values such as 0.8 is a good threshold.*

https://docs.ultraleap.com/xr-and-tabletop/xr/unity/plugin/features/pinch-and-grab-detection.html



**Ultraleap Unity Plugin | Pinch to Paint Example Scene**
https://www.youtube.com/watch?v=K2xX_BzLT_0

```csharp
private void Update()
{
    Hand _hand = Hands.Provider.GetHand(Chirality.Left); //Get just the left hand.

    float _pinchStrength = _hand.PinchStrength;

    bool _isPinching = false;

    if(_pinchStrength > 0.8 && !_isPinching) //We check _isPinching so this code isn't called if we a
    {
        _isPinching = true; // grab strength is over 0.8 threshold so it is true
    }
    else if( pinchStrength < 0.7 &&  isPinching) //We check _isPinching so this code isn't called if
    {
        _isPinching = false; // pinch strength is less than 0.7 so no chance of jittering grab.
    }
}
```

https://docs.ultraleap.com/xr-and-tabletop/xr/unity/plugin/features/pinch-and-grab-detection.html



**Ultraleap Unity Plugin | Pinch to Paint Example Scene**
https://www.youtube.com/watch?v=K2xX_BzLT_0

| | |
|---|---|
| E) generating said second user command and sending said second user command to said electronic processor. | The accused product practices generating said second user command (e.g., to deselect i.e., released/apart state of thumb and index finger) and sending said second user command (e.g., to deselect i.e., released/apart state of thumb and index finger) to said electronic processor (e.g., processor in communication with the accused product). |

## Technical Specifications

- Power supply requirement: 5VDC via USB, 500 mA
- Data connection: USB 3.0 via USB type C connector
- Tracking range and field of view: Depth between 10 cm (4") to 110 cm (43"); 160° x 160° field of view
- Camera framerate: 115 fps maximum
- Operating wavelength: 850 nm
- Construction: Aluminium and scratch-resistant glass
- Operating temperature: 0°C to 40°C (32°F to 104°F)
- Storage temperature: -30°C to 60°C (-22°F to 140°)
- Compliance: CE, FCC, UKCA, CCC, KC, PSE, RCM A-NZ, RoHS, REACH
- Compatible operating systems: Windows, macOS, and Android XR2
- Dimensions: 84 mm x 20 mm x 12 mm Weight: 29 g

## System Requirements

- Windows® 10+
- 64-bit, Intel® i7 processor**
- 5th Gen (supports AVX instructions) macOS version 11.0+
- Supported processors: Intel® i7 processor, Apple m1, m2.

https://www.ultraleap.com/products/

Our computer vision and machine learning expertise have enabled us to achieve world class hand tracking – providing accurate and reliable gestural control for user interfaces, whilst our groundbreaking haptic technology uses ultrasound waves to create tactile sensations in mid-air, complementing our hand tracking perfectly.

https://www.ultraleap.com/tracking/

Ultraleap's hand tracking technology is the world's fastest and most accurate.

The hardware itself is relatively simple. The magic is in our tracking software and game engine plugins, which combine to give users a seamless, intuitive, immersive experience.

## How it works

### Hardware

Ultraleap Hand Tracking Cameras have two infrared cameras and multiple LEDs. The LEDs illuminate your hands with infrared light invisible to the human eye. Image sensors send the data back to the computer via USB to track your hands.

The light and cameras both operate within a narrow range of the near–infrared spectrum, so they are robust in a range of environments and lighting conditions.

https://docs.ultraleap.com/hand-tracking/



**Ultraleap Unity Plugin | Pinch to Paint Example Scene**
https://www.youtube.com/watch?v=K2xX_BzLT_0